Opinion by OLIVER, C.J.  In acccordance with stipulation of counsel that the merchandise consists of wide-angle and telephoto lenses similar in all material respects to those the subject of *Unimark Photo, Inc.* v. *United States* (47 Cust. Ct. 75, C.D. 2283), the claim of the plaintiffs was sustained.

**No. 67712.**—Ferri Bros., Inc. v. United States, protest 61/13006 (New York).

Opinion by OLIVER, C.J.  In accordance with stipulation of counsel that the merchandise consists of rosary bracelets the same in all material respects as those the subject of Abstract 66761, the claim of the plaintiff was sustained.

BEFORE THE SECOND DIVISION, MAY 9, 1963

**No. 67713.**—James S. Baker (Imports) Co., Inc., and H. H. Elder & Co. et al. *v.* United States, protests 61/11203, etc. (Los Angeles).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of crowbars similar in all material respects to those the subject of *United States* v. *National Carloading Corp. et al.* (48 CCPA 70, C.A.D. 767), the claim of the plaintiffs was sustained.

**No. 67714.**—Pioneer Merchandise Corp. and Frank P. Dow Company, Inc. *v.* United States, protest 61/12233 (Portland, Oreg.).

Opinion by RAO, J.  In accordance with stipulation of counsel that the merchandise consists of crowbars similar in all material respects to those the subject of *United States* v. *National Carloading Corp. et al.* (48 CCPA 70, C.A.D. 767), the claim of the plaintiffs was sustained.

**No. 67715.**—Guy F. Atkinson Company *v.* United States, protest 62/5508 (San Francisco).